# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES MILAN,                    )
                                )
        Plaintiff,              )
                                )       CIVIL ACTION NO.
        v.                      )        2:07cv131-MHT
                                )
COPPER LIGHTING, INC.,          )
                                )
        Defendant.              )
```

## ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 2) is granted.

DONE, this the 14th day of February, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE