IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES MILAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv131-MHT |
| ) | |
| COOPER LIGHTING, INC., ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 6) is granted.

DONE, this the 22nd day of February, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE