IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES MILAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| v. | ) | **2:07-cv-131-MHT** |
| | ) | |
| **COOPER LIGHTING, INC.,** | ) | |
| **A Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Cooper Industries, Ltd.; Cooper US, Inc.,
Parent corporations of Cooper Lighting, Inc.

Respectfully submitted this 14th day of March, 2007.

| | |
|---|---|
| LEAD COUNSEL: | **Matthew A. Freeman**<br>Emily S. Blumenthal<br>Georgia Bar No. 064065<br>Matthew A. Freeman<br>Georgia Bar No. 275777<br>Counsel for Defendant<br>Jackson Lewis LLP<br>1900 Marquis One Tower<br>245 Peachtree Center Avenue, N.E.<br>Atlanta, Georgia 30303-1226<br>T: (404) 525-8200<br>F: (404) 525-1173 |
| LOCAL COUNSEL: | Joel P. Smith, Jr., Esq.<br>Williams, Potthoff, Williams & Smith, L.L.C.<br>125 South Orange Avenue<br>Eufaula, Alabama 36027-1626<br>Tele: 334-687-5834<br>Fax: 334-687-5722 |

        ATTORNEYS FOR DEFENDANT COOPER LIGHTING, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES MILAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| v. | ) | 2:07-cv-131-MHT |
| | ) | |
| **COOPER LIGHTING, INC.,** | ) | |
| **A Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing **CORPORATE/CONFLICT DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

      Jerry Roberson, Esq.
      Roberson & Roberson
      3765 Kinross Drive
      P. O. Box 380487
      Birmingham, AL 35238-0487

      Albert Adams, Esq.
      Russel Irby Law Firm
      257 West Broad Street
      Eufaula, AL 36027-0910

      /s/ Matthew A. Freeman_____
      Matthew A. Freeman